**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:20-cv-23972-UU

AVIEL JUAREZ MATIANO, and other similarly-situated individuals,

    Plaintiff,

v.

5th AVENUE TREE EXPERTS, INC. and SAMI SLIM, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

Defendants, 5th AVENUE TREE EXPERTS, INC. and SAMI SLIM, by and through undersigned counsel, hereby provide notice of Plaintiff's acceptance of Defendants' Offer of Judgment served on September 30, 2020 – a copy of which is attached hereto, together with Plaintiff's counsel's acceptance email, pursuant to Fed. R. Civ. P. 68.

Dated, this 14th day of October, 2020.

                                        ADI AMIT, P.A.
                                        *Counsel for Defendants*
                                        101 Centre
                                        101 NE Third Ave., Suite 300
                                        Fort Lauderdale, Florida 33301
                                        Phone: (954) 533-5922
                                        E-mail:Adi@defenderofbusiness.com

                                        By: *s/Adi Amit*
                                              Adi Amit, Esquire
                                              Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2020, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Aviel Juarez Matiano v. 5th Avenue Tree Experts, Inc., et al.*
Case No. 1:20-cv-23972-UU

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq. | Adi Amit, Esquire |
| REMER & GEORGES-PIERRE, PLLC | ADI AMIT, P.A. |
| Courthouse Tower | 101 Centre |
| 44 West Flagler Street | 101 NE Third Avenue |
| Suite 2200 | Suite 300 |
| Miami, Florida 33130 | Fort Lauderdale, Florida 33301 |
| agp@rgpattorneys.com | adi@lubellrosen.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |