UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-23972-UU

AVIEL JUAREZ MATIANO, and other similarly-situated individuals,

    Plaintiff,

v.

5th AVENUE TREE EXPERTS, INC. and SAMI SLIM, individually,

    Defendants.
_____/

## OFFER OF JUDGMENT

To:    Anthony M. Georges-Pierre, Esquire
        Max Horowitz, Esquire
        REMER & GEORGES-PIERRE, PLLC
        Courthouse Tower
        44 West Flagler Street
        Suite 2200
        Miami, Florida 33130
        Email: agp@rgpattorneys.com
               mhorowitz@rgpattorneys.com

Counsel for Plaintiff,

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, 5th AVENUE TREE EXPERTS, INC. and SAMI SLIM, hereby offer to allow Judgment to be entered against them, jointly and severally, on all counts in the Complaint in this action in the amount of One Thousand and 00/100 Dollars ($1,000.00) plus interest, if any, representing $500.00 in alleged unpaid overtime wages, plus $500.00 in alleged liquidated damages and all other damages alleged in the Complaint; but excluding any reasonable attorney's fees and costs, which will be determined by the Court upon timely motion. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission

that the Defendants are liable in this action, or that the Plaintiff has suffered any damage. To accept this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days of the date this offer is made. If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer in the event that he does not recover a judgment that is more favorable than this offer of judgment pursuant to FRCP 68(d). This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine attorneys' fees and/or costs.

Respectfully submitted, this 30th day of September, 2020.

>Adi Amit, P.A.
>*Counsel for Defendants*
>101 Centre
>101 NE Third Avenue, Suite 300
>Fort Lauderdale, Florida 33301
>Phone:   (954) 533-5922
>Fax:       (954) 302-4963
>E-mail: adi@defenderofbusiness.com
>
>By: *s/Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2020, a copy of the foregoing documents has been served by email on Plaintiff's counsel.

>/s/ *Adi Amit*
>Adi Amit