# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-23972-UU

AVIEL JUAREZ MATIANO,

    Plaintiff,

v.

5TH AVENUE TREE EXPERTS, INC.,
*et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Notice of Plaintiff's Acceptance of Offer of Judgment (the "Notice"). D.E. 14. The Court has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises.

On August 9, 2020, Plaintiff initiated this action against Defendants, alleging violations of the Fair Labor Standards Act ("FLSA"). *See* D.E. 1-2. On October 14, 2020, Defendants filed the Notice, informing the Court that Plaintiff accepted Defendants' Offer of Judgment under Federal Rule of Civil Procedure 68. D.E. 14. Rule 68 provides that "a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms," and if, within 14 days after being served, "the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service." Fed. R. Civ. P. 68(a).

"While entry of a Rule 68 judgment is ordinarily ministerial rather than discretionary, this general statement is too broad to encompass all instances in which Rule 68 offers are made." *Molina v. SMI Security Mgmt., Inc.*, No. 11-24245-CIV, 2012 WL 12864928, at *1 (S.D. Fla. Dec. 21, 2012) (citing *Utility Automation 2000, Inc. v. Choctawatchee Elec. Co-op., Inc.*, 298 F.3d

1238, 1250 (11th Cir. 2002) (Marcus, J., concurring) (internal quotation marks omitted). "The Court has as independent duty to review the terms of a settlement offer in the context of suits brought by employees for violations of the FLSA," and it must "determine whether any settlement is a 'fair and reasonable resolution of a bona fide dispute' of the FLSA issues." *Id.* (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982)). A party's acceptance of a "Rule 68 offer of judgment in an FLSA case does not relieve [the court] of the duty to make the fairness finding required by *Lynn's Food Stores, Inc.*" *Dowell v. Kidz R 4 UZ, Inc.*, No. 08-CV-651, 2009 WL 113284, at *2 (M.D. Fla. Jan. 16, 2009).

In this case, Defendants communicated their offer to allow judgment to be entered against them in favor of Plaintiff in the amount of $1,000.00, which represents $500.00 in alleged unpaid overtime wages and $500.00 in alleged liquidated damages and "all other damages alleged in the Complaint." D.E. 14-1. The Offer of Judgment expressly states that it is exclusive of "any reasonable attorney's fees and costs, which will be determined by the Court upon timely motion." *Id.* The Court finds that Defendants' Offer of Judgment constitutes a fair and reasonable compromise of the bona fide disputes between the parties. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Notice (D.E. 14) is APPROVED. Judgment is hereby entered against Defendants, and this case is DISMISSED WITH PREJUDICE. The Court will retain jurisdiction to enforce the Offer of Judgment until **January 29, 2021**. It is further

ORDERED AND ADJUDGED that any motions for attorneys' fees and/or costs SHALL be submitted **no later than October 28, 2020**. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, this _14th_ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record