UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23972-CV-UNGARO
MAGISTRATE JUDGE REID

AVIEL JAUREZ MATIANO,
*and other similarly situated individuals*.

       Plaintiff,

v.

5th AVENUE TREE EXPERTS INC. et al.,

       Defendants.

_____/

## ORDER TO DEFENDANTS TO RESPOND TO MOTION FOR ATTORNEYS' FEES

This matter is before the Court on Plaintiff's Verified Motion for Attorneys' Fees and to Tax Costs pursuant to Local Rule 7.3. [ECF No. 17]. This cause has been referred to the Undersigned to take all necessary and proper action as required by law with respect to the Motion. [ECF No. 18].

Accordingly, it is hereby **ORDERED** that Defendants 5th Tree Avenue Tree Experts, Inc. and Sami Slim, individually, shall file a response to the Motion by **November 5, 2020**. Defendants' response shall comply with S.D. Fla. L.R. 7.3(a) and describe with reasonable particularity each time entry or nontaxable expense to which Defendants object, both as to issues of entitlement and as to amount, and must provide supporting legal authority for each objection.

**DONE AND ORDERED** this 30th day of October, 2020.

                    **s/Lisette M. Reid**
                    UNITED STATES MAGISTRATE JUDGE

cc:    U.S. District Judge Ursula Ungaro; and

       All Counsel of Record