# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23972-UU

AVIEL JUAREZ MATIANO,

    Plaintiff,

v.

5TH AVENUE TREE EXPERTS, INC.,
*et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon the Report of Magistrate Judge Reid (the "Report"). D.E. 22. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On October 29, 2020, the Court referred Plaintiff's Verified Motion for Attorneys' Fees and to Tax Costs (the "Motion") to Magistrate Judge Reid for a report and recommendation. *See* D.E. 18. On January 15, 2021, Magistrate Judge Reid issued the Report, recommending that the Motion be granted in part and denied in part. D.E. 22. Judge Reid recommended that Plaintiff be awarded $4,750.00 in attorneys' fees and $556.00 in costs, for a total award of $5,306.00. *Id.* Magistrate Judge Reid granted the parties fourteen (14) days from the date of the Report to file objections. As of the date of this Order, no party has filed an objection. After a thorough review of the record and the Report, the undersigned agrees with Magistrate Judge Reid's recommendation in all respects. Accordingly, it is

ORDERED AND ADJUDGED that the Report (D.E. 22) is ADOPTED, RATIFIED, AND AFFIRMED in all respects. Plaintiff's Motion (D.E. 17) is hereby GRANTED IN PART and

DENIED IN PART as set forth in the Report.  Plaintiff is entitled to a total award of attorneys' fees and costs in the amount of **$5,306.00**.  The case remains closed.

DONE AND ORDERED in Chambers, Miami, Florida, this 4th__ day of February, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Magistrate Judge Lisette M. Reid